Stamatios Stamoulis #01790-1999
Richard C. Weinblatt #01571-2001
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Raymond W. Mort, III (*pro hac vice* to be filed)
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*
*Kamino LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KAMINO LLC,**<br><br>  Plaintiff<br><br>  v.<br><br>**CASIO AMERICA, INC.,**<br><br>  Defendant | **Case No. 2:20-CV-1287**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Kamino LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated:  February 9, 2020  /s/ Richard C. Weinblatt
Stamatios Stamoulis #01790-1999
Richard C. Weinblatt #01571-2001
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Raymond W. Mort, III (*pro hac vice* to be filed)
raymort@austinlaw.com
The Mort Law Firm, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*
*Kamino LLC*